```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   TODD A. PICKLES
3  LEE S. BICKLEY
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6
```

**FILED**

SEP 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR - 0 3 2 8 JAM |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1341 - Mail Fraud (19 Counts); 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications (17 Counts); 18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture |
| v. | |
| VOLODYMYR DUBINSKY, LEONID DOUBINSKI, EDWARD KHALFIN, and ROBIN DIMICELI, | |
| Defendants. | **SEALED** |

## INDICTMENT

COUNTS ONE THROUGH SIX:          [18 U.S.C. § 1341 - Mail Fraud]

The Grand Jury charges:

VOLODYMYR DUBINSKY,
LEONID DOUBINSKI, and
ROBIN DIMICELI,

defendants herein, as follows:

I.  INTRODUCTION

At all times relevant to this Indictment,

1.   Defendant VOLODYMYR DUBINSKY, aka "Vlad" DUBINSKY, and LEONID DOUBINSKI, aka "Lenny" DOUBINSKI, were brothers.

2.   VOLODYMYR DUBINSKY, owned in whole or in part, and operated the following entities: Alhambra Martco Incorporated (hereinafter "Alhambro Martco"); Samia Forest, LLC; Marina Ridge, LLC; Madison Estates Development, LLC; Gold West Construction, Incorporated (hereinafter "Gold West Construction"); and Trade House USA, Incorporated, the last of which in turn operated under the fictitious business name VLD Realty (hereinafter "Trade House/VLD Realty"). These companies were primarily involved in the development and sale of residential real estate located in Carmichael, Sacramento, and Copperopolis, California.  Trade House/VLD Realty was also in the business of offering "deed-of-trust" investments to private individuals.  These "deed-of-trust" investments were essentially "hard money" loans that were used to finance the operations of the development companies owned by VOLODYMYR DUBINSKY.  VOLODYMYR DUBINSKY was issued a California Department of Real Estate salesperson license on March 20, 2003, which was revoked on January 2, 2012.

3.   Defendant LEONID DOUBINSKI owned and operated Gold West Construction and Trade House/VLD Realty along with his brother VOLODYMYR DUBINSKY.  Gold West Construction was in the business of building residential real estate in the development communities owned by VOLODYMYR DUBINSKY.  LEONID DOUBINSKI was issued a California Department of Real Estate broker license on March 7, 2003, which was revoked on January 2, 2012.

4.   VOLODYMYR DUBINSKY and LEONID DOUBINSKI recruited family members, employees, and associates with sufficient credit scores to act as buyers for residential properties (hereinafter referred to as "straw buyers") in the fraudulent scheme described herein.  Gold West

1  Construction and Trade House/VLD Realty employed several of the straw
2  buyers who were recruited by VOLODYMYR DUBINSKY and LEONID DOUBINSKI.
3       5.   Defendant ROBIN DIMICELI was a salesperson licensed by the
4  California Department of Real Estate. DIMICELI assisted VOLODYMYR
5  DUBINSKY and LEONID DOUBINSKI in submitting URLAs to lenders on
6  behalf of the straw buyers. DIMICELI knowingly submitted to lenders
7  URLAs that contained false statements regarding a straw buyer's
8  income, employment, bank account balances, and his/her intent to live
9  in the properties purchased. DIMICELI submitted a number of URLAs to
10 lenders which failed to disclose mortgage loans obtained by a straw
11 buyer from other lending institutions. DIMICELI also served as a
12 straw buyer for VOLODYMYR DUBINSKY and LEONID DOUBINSKI.

## II.  SCHEME TO DEFRAUD

14      6.   Between on or about August 21, 2006 and on or about May 15,
15 2008, in the Counties of Sacramento and Calaveras, in the State and
16 Eastern District of California and elsewhere, defendants VOLODYMYR
17 DUBINSKY, LEONID DOUBINSKI, and ROBIN DIMICELI knowingly devised,
18 participated in, and executed a material scheme to defraud mortgage
19 lending institutions and to obtain money and property from said
20 institutions by means of materially false and fraudulent pretenses,
21 representations, and promises, and the concealment of material facts.
22      7.   Between on or about August 21, 2006 and May 15, 2008, the
23 defendants were responsible for the origination of over $3.7 million
24 in residential mortgage loans for the six properties listed below:

|   | Property Address | Straw Buyer |
|---|---|---|
| 1 | 332 Calypso Beach Drive, Copperopolis, CA | V.M. |
| 2 | 4856 Samia Court, Carmichael, CA | A.R./I.R. |
| 3 | 38 Poseidon Way, Copperopolis, CA | K.S. |

| 4 | 4844 Samia Court, Carmichael, CA | H.W./M.W. |
| 5 | 52 Apollo Lane, Copperopolis, CA | ROBIN DIMICELI/G.M. |
| 6 | 26 Argonaut Drive, Copperopolis, CA | ROBIN DIMICELI |

All of these properties were foreclosed upon by the lenders or were sold for less than the mortgage debt owed, resulting in a total loss of over $2 million. Additional properties not listed in this Indictment were also subject to the fraud scheme and resulted in further losses to various lenders.

### III. WAYS AND MEANS

8.  The scheme to defraud was carried out, in substance, in the following manner:

    a.  Defendants VOLODYMYR DUBINSKY and LEONID DOUBINSKI recruited individuals with adequate credit scores to act as buyers for residential properties, knowing that these buyers did not, in fact, have sufficient income or assets to qualify for the residential mortgage loans for which they were applying. VOLODYMYR DUBINSKY and LEONID DOUBINSKI recruited these straw buyers to purchase properties in the residential real estate developments built and owned by VOLODYMYR DUBINSKY, where it was becoming more difficult to sell properties as the real estate market began to decline.

    b.  To facilitate the sale of these homes to the straw buyers at an inflated sales price above the market price, VOLODYMYR DUBINSKY and LEONID DOUBINSKI paid the straw buyers. VOLODYMYR DUBINSKY and LEONID DOUBINSKI deliberately concealed these payments from lenders by making these payments outside of escrow, or by falsely characterizing either the source or intended use of these payments on the HUD-1 settlement statements. To the extent these

funds were disclosed in the escrow process, they were often characterized as down payments made by the straw buyers themselves or as payments for improvements to the purchased properties. In truth and in fact, the money was not from the straw buyers but from VOLODYMYR DUBINSKY and LEONID DOUBINSKI. Similarly, for the most part, the funds diverted to the bank accounts that defendants and others controlled were not used to make improvements to the purchased properties, but were used for other purposes.

   c.   Defendants VOLODYMYR DUBINSKY and ROBIN DIMICELI prepared and/or submitted URLAs that contained false information as to the loan applicant's income, employment, assets, liabilities, and/or intent to occupy the property as a primary residence. Furthermore, the loan application packages often contained false and fabricated supporting documentation including altered bank statements, false Certified Public Accountant (hereinafter "CPA") letters, false Verification of Employment forms (hereinafter "VOEs"), false pay stubs, and false Verification of Deposit forms (hereinafter "VODs"). Defendants VOLODYMYR DUBINSKY and ROBIN DIMICELI also did not disclose to the lenders that a straw buyer had concurrently submitted a URLA to another lender. This information and documentation was material to a lender's decision to approve or disapprove a loan.

   d.   Defendants, including ROBIN DIMICELI, presented the false and fraudulent URLAs to lenders, knowing that the URLAs contained materially false and fraudulent statements and/or omitted material facts. DIMICELI received loan origination fees or commissions for the false loans submitted.

        e.   Defendants, including VOLODYMYR DUBINSKY and LEONID DOUBINSKI, directed the straw buyers to make payments on the subject properties for a limited period of time.  In some cases, VOLODYMYR DUBINSKY and LEONID DOUBINSKI provided straw buyers with the funding necessary to make these payments.  VOLODYMYR DUBINSKY and LEONID DOUBINSKI took such actions in an attempt to conceal the scheme from lenders by preventing immediate defaults on the fraudulently obtained loans.

        f.   Additionally, ROBIN DIMICELI acted as a straw buyer and signed URLAs for the properties at 52 Apollo Lane and 26 Argonaut Drive that contained false information as to her income.

## IV.  MAILINGS

        9.   On or about the dates set forth below, in the Counties of Sacramento and Calaveras in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, the defendants did knowingly cause to be placed in a post office or authorized depository for mail matter to be sent and delivered by the United States Postal Service, and deposited or caused to be deposited any matter or thing whatever to be sent and delivered by any private or commercial interstate carrier, and knowingly caused to be delivered by mail or such carrier thereon, the items listed below:

| Ct. | Date | Mailing | To | From |
|---|---|---|---|---|
| 1. | 10/21/07 | Deed of Trust of V.M.'s purchase of 332 Calypso Beach Drive | Countrywide Bank, FSB, FDIC | Calaveras County Recorder |
| 2. | 08/23/07 | Deed of Trust of A.R.'s purchase of 4856 Samia Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |

| 3. | 09/12/07 | Deed of Trust of K.S.'s purchase of 38 Poseidon Way | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| --- | --- | --- | --- | --- |
| 4. | 07/03/07 | Deed of Trust of H.W.'s purchase of 4844 Samia Court | Wells Fargo Bank, FDIC | Sacramento County Recorder |
| 5. | 08/21/06 | Deed of Trust of ROBIN DIMICELLI'S and G.M.'s purchase of 52 Apollo Lane | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 6. | 08/31/07 | Deed of Trust of ROBIN DIMICELLI's purchase of 26 Argonaut Drive | Washington Mutual Bank, FDIC | Calaveras County Recorder |

All in violation of Title 18, United States Code, Sections 2 and 1341.

COUNTS SEVEN THROUGH NINETEEN: [18 U.S.C. § 1341 - Mail Fraud]

   The Grand Jury charges:

VOLODYMYR DUBINSKY,
LEONID DOUBINSKI, and
EDWARD KHALFIN,

defendants herein, as follows:

I.   INTRODUCTION

   1.   The allegations in Paragraphs 1 through 4, and 6 through 7 of Counts One through Six are hereby incorporated by reference.

   2.   Defendant EDWARD KHALFIN was a mortgage broker licensed by the California Department of Real Estate. KHALFIN assisted VOLODYMYR DUBINSKY and LEONID DOUBINSKI in submitting Uniform Residential Loan Applications (hereinafter "URLAs") on behalf of straw buyers. KHALFIN knowingly submitted to lenders URLAs which contained false statements regarding a straw buyer's income, employment, bank account balances, and his/her intent to live in the properties purchased. KHALFIN submitted a number of URLAs to lenders which failed to disclose mortgage loans obtained by a straw buyer from other lending

institutions. KHALFIN also submitted a number of altered bank statements to lenders. These bank statements listed account balances which materially overstated a borrower's true bank account balances.

## II. SCHEME TO DEFRAUD

3. Between on or about August 21, 2006 and on or about May 15, 2008, in the Counties of Sacramento and Calaveras, in the State and Eastern District of California and elsewhere, defendants VOLODYMYR DUBINSKY, LEONID DOUBINSKI, and EDWARD KHALFIN knowingly devised, participated in, and executed a material scheme to defraud mortgage lending institutions and to obtain money and property from said institutions by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. Between on or about August 21, 2006 and May 15, 2008, the defendants were responsible for the origination of over $6 million in residential mortgage loans for the thirteen properties listed below:

| 1 | 4608 Jion Court, Sacramento, CA | S.D. |
|---|---|---|
| 2 | 4848 Samia Court, Carmichael, CA | S.D. |
| 3 | 66 Argonaut Drive, Copperopolis, CA | H.W. |
| 4 | 12 Selene Way, Copperopolis, CA | M.W. |
| 5 | 4604 Jion Court, Sacramento, CA | Z.C. |
| 6 | 4859 Samia Court, Carmichael, CA | Z.C. |
| 7 | 30 Selene Way, Copperopolis, CA | Z.C. |
| 8 | 4615 Jion Court, Sacramento, CA | Sv.D. |
| 9 | 4623 Jion Court, Sacramento, CA | Sv.D. |
| 10 | 44 Apollo Lane, Copperopolis, CA | D.W. |
| 11 | 4619 Jion Court, Sacramento, CA | D.W. |

| 12 | 6 Argonaut Drive, Copperopolis, CA | D.W. |
| 13 | 4843 Samia Court, Carmichael, CA | K.S. |

All of these properties were foreclosed upon by the lenders, or sold for less than the mortgage debt owed. The total loss stands at over $3 million. Additional properties not listed in this Indictment were also subject to the fraud scheme and resulted in further losses to various lenders.

### III. WAYS AND MEANS

5. The scheme to defraud was carried out, in substance, in the following manner:

   a. Defendants VOLODYMYR DUBINSKY and LEONID DOUBINSKI recruited individuals with adequate credit scores to act as buyers for residential properties, knowing that these buyers did not, in fact, have sufficient income or assets to qualify for the residential mortgage loans for which they were applying. VOLODYMYR DUBINSKY and LEONID DOUBINSKI recruited these straw buyers to purchase properties in the residential real estate developments built and owned by VOLODYMYR DUBINSKY, where it was becoming more difficult to sell properties as the real estate market began to decline.

   b. To facilitate the sale of these homes to the straw buyers at an inflated sales price above the market price, VOLODYMYR DUBINSKY and LEONID DOUBINSKI paid the straw buyers. VOLODYMYR DUBINSKY and LEONID DOUBINSKI deliberately concealed these payments from lenders by making these payments outside of escrow, or by falsely characterizing either the source or intended use of these payments on the HUD-1 settlement statements. To the extent these funds were disclosed in the escrow process, they were often characterized as down payments made by the straw buyers themselves or

as payments for improvements to the purchased properties. In truth and in fact, the money was not from the straw buyers but from VOLODYMYR DUBINSKY and LEONID DOUBINSKI. Similarly, for the most part, the funds diverted to the bank accounts that defendants and others controlled were not used to make improvements to the purchased properties, but were used for other purposes.

   c. Defendants VOLODYMYR DUBINSKY and EDWARD KHALFIN prepared and/or submitted URLAs that contained false information as to the loan applicant's income, employment, assets, liabilities, and/or intent to occupy the property as a primary residence. Furthermore, the loan application packages often contained false and fabricated supporting documentation including altered bank statements, false CPA letters, false VOEs, false pay stubs, and false VODs. Defendants VOLODYMYR DUBINSKY and EDWARD KHALFIN also did not disclose to the lenders that a straw buyer had concurrently submitted a URLA to another lender. This information and documentation was material to a lender's decision to approve or disapprove a loan.

   d. Defendants, including EDWARD KHALFIN, presented the false and fraudulent URLAs to lenders, knowing that the URLAs contained materially false and fraudulent statements and/or omitted material facts. KHALFIN received loan origination fees or commissions for the false loans submitted.

   e. Defendants, including VOLODYMYR DUBINSKY and LEONID DOUBINSKI, directed the straw buyers to make payments on the subject properties for a limited period of time. In some cases, VOLODYMYR DUBINSKY and LEONID DOUBINSKI provided straw buyers with the funding necessary to make these payments. VOLODYMYR DUBINSKY and LEONID DOUBINSKI took such actions in an attempt to conceal the scheme from

lenders by preventing immediate defaults on the fraudulently obtained loans.

## IV. MAILINGS

6. On or about the dates set forth below, in the Counties of Sacramento and Calaveras in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, the defendants did knowingly cause to be placed in a post office or authorized depository for mail matter to be sent and delivered by the United States Postal Service, and deposited or caused to be deposited any matter or thing whatever to be sent and delivered by any private or commercial interstate carrier, and knowingly caused to be delivered by mail or such carrier thereon, the items listed below:

| Ct. | Date | Mailing | To | From |
|-----|------|---------|-----|------|
| 7.  | 4/09/07 | Deed of Trust of S.D's purchase of 4608 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 8.  | 05/02/07 | Deed of Trust of S.D's purchase of 4848 Samia Court | Downey Savings & Loan, FDIC | Sacramento County Recorder |
| 9.  | 07/03/07 | Deed of Trust of H.W.'s purchase of 66 Argonaut Way | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 10. | 08/10/07 | Deed of Trust of M.W.'s purchase of 12 Selene Way | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 11. | 04/18/07 | Deed of Trust of Z.C.'s purchase of 4604 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 12. | 05/08/07 | Deed of Trust of Z.C.'s purchase of 4859 Samia Court | Downey Savings & Loan, FDIC | Sacramento County Recorder |

| | | | | |
|---|---|---|---|---|
| 13. | 01/14/08 | Deed of Trust of Z.C.'s purchase of 30 Selene Way | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 14. | 10/05/07 | Deed of Trust of Sv.D.'s purchase of 4615 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 15. | 10/05/07 | Deed of Trust of Sv.D.'s purchase of 4623 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 16. | 04/13/07 | Deed of Trust of D.W.'s purchase of 44 Apollo Lane | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 17. | 05/08/07 | Deed of Trust of D.W.'s purchase of 4619 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 18. | 05/18/07 | Deed of Trust of D.W.'s purchase of 6 Argonaut Drive | IndyMac, FDIC | Calaveras County Recorder |
| 19. | 05/15/08 | Deed of Trust for K.S.'s purchase of 4843 Samia Court | Parkside Lending | Sacramento County Recorder |

All in violation of Title 18, United States Code, Sections 2 and 1341.

COUNTS TWENTY THROUGH THIRTY-SEVEN: [18 U.S.C. § 1014 - False Statements on Loan and Credit Applications]

The Grand Jury further charges:   T H A T

VOLODYMYR DUBINSKY,
LEONID DOUBINSKI,
EDWARD KHALFIN, and
ROBIN DIMICELI,

defendants herein, on or about the dates listed below, in the Counties of Sacramento and Calaveras in the State and Eastern District of California, knowingly made and caused to be made false statements and reports for the purpose of influencing the actions of

the lenders set forth below, the accounts of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in connection with home loans being sought in the names of straw buyers, by among other things, falsely inflating income and assets, falsely reporting employment, and falsely reporting a straw buyer's intention to occupy the properties set forth below:

| Ct. | Date | Address | Lender | Defendants |
|---|---|---|---|---|
| 20. | 08/23/07 | 4856 Samia Court Carmichael, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI DIMICELI |
| 21. | 09/12/07 | 38 Poseidon Way Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI DIMICELI |
| 22. | 04/09/07 | 4608 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 23. | 05/02/07 | 4848 Samia Court Sacramento, CA | Downey Savings & Loan, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 24. | 07/03/07 | 66 Argonaut Way Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 25. | 07/03/07 | 4844 Samia Court, Carmichael, CA | Wells Fargo Bank, FDIC | DUBINSKY DOUBINSKI DIMICELI |
| 26. | 08/10/07 | 12 Selene Way Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |

| | | | | |
|---|---|---|---|---|
| 27. | 04/18/07 | 4604 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 28. | 05/08/07 | 4859 Samia Court Carmichael, CA | Downey Savings & Loan, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 29. | 01/14/08 | 30 Selene Way, Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 30. | 10/05/07 | 4615 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 31. | 10/05/07 | 4623 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 32. | 04/13/07 | 44 Apollo Lane Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 33. | 05/08/07 | 4619 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 34. | 08/21/06 | 52 Apollo Lane Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI DIMICELI |
| 35. | 08/31/07 | 26 Argonaut Drive Copperopolis, CA | Washington Mutual Bank, FDIC | DUBINSKY DOUBINSKI DIMICELI |
| 36. | 5/18/07 | 6 Argonaut Drive Copperopolis, CA | IndyMac, FDIC | DUBINSKY DOUBINSKI KHALFIN |
| 37. | 10/3/07 | 332 Calypso Beach Drive, Copperopolis, CA | Countrywide Bank, FSB, FDIC | DUBINSKY DOUBINSKI DIMICELI |

All in violation of Title 18, United States Code, Sections 2 and 1014.

FORFEITURE ALLEGATION:     [18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture]

    1.    Upon conviction of one or more of the offenses alleged in Counts One through Thirty-Seven of this Indictment, defendants VOLODYMYR DUBINSKY, LEONID DOUBINSKI, EDWARD KHALFIN, and ROBIN DIMICELI, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), all property, real and personal, which constitutes or is derived from proceeds obtained directly or indirectly as the result of said violations, including but not limited to a sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which the defendants are convicted.

    2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Thirty-Seven of this Indictment, for which the defendants are convicted:

        (a) cannot be located upon the exercise of due diligence;
        (b) has been transferred or sold to, or deposited with, a third party;
        (c) has been placed beyond the jurisdiction of the court;
        (d) has substantially diminished in value; or
        (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States

/ / /

/ / /

1 Code, Section 853(p), to seek forfeiture of any other property of
2 said defendants up to the value of the property subject to
3 forfeiture.

A TRUE BILL.

/S/
_____
FOREPERSON

*signature*
BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.
VOLODYMYR DUBINSKY,
LEONID DOUBINSKI,
EDWARD KHALFIN, and
ROBIN DIMICELI

## I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. § 1341 - Mail Fraud (6 Counts); 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications (13 Counts); 18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture

*A true bill,*

/S/

**SEALED**

_____
Foreman.

Filed in open court this ____13____ day

of ____SEPTEMBER____, A.D. 2012

_____
Clerk.

Bail, $ **NO BAIL WARRANT PENDING HEARING** — All defendants

V. Dubinsky;
L. Doubinski;
E. Khalfin;
R. Dimiceli

GPO 863 525

**PENALTY SLIP**

VOLODYMYR DUBINSKY
LEONID DOUBINSKY
EDDWARD KHALFIN
ROBIN DIMICELI

2:12 - CR - 0328 JAM

| | |
|---|---|
| **COUNTS 1-6** | VOLODYMYR DUBINSKY, LEONID DOUBINSKY, EDWARD KHALFIN and ROBIN DIMICELI |
| Violation: | 18 U.S.C. § 1343 - Wire Fraud |
| Penalty: | Not More than 20 Years Imprisonment, Not More than $250,000 Fine, or both; 3 Years TSR |
| **COUNTS 7-19** | VOLODYMYR DUBINSKY, LEONID DOUBINSKY, EDWARD KHALFIN |
| Violation: | 18 U.S.C. § 1343 - Wire Fraud |
| Penalty: | Not More than 20 Years Imprisonment, Not More than $250,000 Fine, or both; 3 Years TSR |
| **COUNTS 20-37** | VOLODYMYR DUBINSKY, LEONID DOUBINSKY, EDWARD KHALFIN and ROBIN DIMICELI |
| Violation: | 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications |
| Penalty: | Not More than 30 Years Imprisonment, Not More than $1,000,000 or both; 5 Years TSR |

**SEALED**

**FORFEITURE ALLEGATION**  18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture

Penalty:   As stated in the Indictment

**COURT ASSESSMENT**  $100 each count