FILED

OCT 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00328 WBS |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – MARIKO WING** |
| v. | |
| ROBIN DIMICELI, et al., | |
| Defendants. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Mariko Wing give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge regarding conduct by the defendants and defendants in related cases concerning loan applications submitted to lending institutions with respect to the charged fraud scheme in the above-referenced case, as well as her own involvement in the fraud scheme, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

///
///
///
///
///

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Mariko Wing in any criminal case, except that Mariko Wing shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: __10/30/__, 2015

*/s/ William B. Shubb*

HON. WILLIAM B. SHUBB
United States District Judge