1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7



FILED
NOV 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-00328 WBS

12                  Plaintiff,              **ORDER PURSUANT TO
                                            18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
13          v.                              AND REQUIRING TESTIMONY – JHONVIEVE
                                            SORIA**
14  ROBIN DIMICELI, *et al.*,

15                  Defendants.

16

17

18      NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Jhonvieve Soria give

19  testimony or provide other information which she refuses to give or to provide information with respect

20  to her knowledge regarding conduct by the defendants and defendants in related cases concerning loan

21  applications submitted to lending institutions with respect to the charged fraud scheme in the above-

22  referenced case, as well as her own involvement in the fraud scheme, in this case on the basis of her

23  privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

24      IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25  or any information directly or indirectly derived from such testimony or other information, shall be used

26  against Jhonvieve Soria in any criminal case, except that Jhonvieve Soria shall not be exempted by this

27  order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

28

Order re: Immunity and Requiring Testimony             1

| | |
|---|---|
| 1 | comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002. |
| 2 | IT IS SO ORDERED. |
| 3 | DATED: _____11/4_____, 2015 |

HON. WILLIAM B. SHUBB
United States District Judge

Order re: Immunity and Requiring Testimony                 2